Michael Jason Lee, Esq. (State Bar No. 206110)
**LAW OFFICES OF MICHAEL JASON LEE, APLC**
4660 La Jolla Village Drive, Suite 100
San Diego, California 92122
Telephone: (858) 550-9984
Facsimile: (858) 550-9985
Email: michael@mjllaw.com

Christopher J. Beal, Esq. (State Bar No. 216579)
**DILLON MILLER & AHUJA, LLP**
5872 Owens Avenue, Suite 200
Carlsbad, California 92008
Telephone: (858) 587-1800
Facsimile: (858) 587-2587
Email: cbeal@dmalaw.com

Attorney for Applicant, iFinex Inc.

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Application of*<br><br>iFinex Inc.<br><br>　　　Applicant,<br><br>For the Issuance of a Subpoena for the Taking of a Deposition and the Production of Documents for use in a Foreign Proceeding Pursuant to 28 U.S.C. § 1782 | Case No.: 8:19-MC-00021-UA-KES<br><br>**NOTICE OF LODGING [PROPOSED] SUBPOENA FOR ISSUANCE BY THE CLERK OF COURT**<br><br><br>Mag. Judge:  Karen E. Scott<br>Application Filed: October 18, 2019 |

PLEASE TAKE NOTICE that pursuant to the November 15, 2019 Civil Minutes (Docket No. 4), Applicant iFinex, Inc. hereby lodges the attached [Proposed] Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action.

Dated: December 6, 2019     LAW OFFICES OF MICHAEL JASON LEE, APLC

/s/ Michael Jason Lee
Michael Jason Lee, Esq.
Attorney for Applicant, iFinex Inc.